NHCT
00-CV-1683
Chatigny

# IN THE UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

| | |
|---|---|
| HELOG AG, a foreign corporation,<br><br>Plaintiff,<br><br>v.<br><br>KAMAN AEROSPACE CORP., et al.,<br><br>Defendants. | FILED<br>Case No. 02-9244<br>4:31 PM '04<br>U.S. DISTRICT COURT<br>NEW HAVEN<br>(Trial Court No. 300-CV-1683 RNC)<br><br>**LEAD CASE** |
| CLAUDIA AUER, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>KAMAN AEROSPACE CORP., et al.,<br><br>Defendants. | Case No. 02-9244<br><br>FILED<br>FEB 2 6 2004<br>Roseann B. MacKechnie<br>SECOND CIRCUIT<br><br>(Trial Court No. 300-CV-1684 RNC)<br><br>**MEMBER CASE** |
| POLYGON INSURANCE CO., LTD., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>HONEYWELL INTERNATIONAL, INC., et al.,<br><br>Defendants. | Case No. 02-9244<br><br>(Trial Court No. 301-CV-00098 RNC)<br><br>**MEMBER CASE**<br><br>January 7, 2004 |

### FOURTH STIPULATION CONTINUING WITHDRAWAL OF APPEAL FROM ACTIVE CONSIDERATION, WITHOUT PREJUDICE AND WITH LEAVE TO REACTIVATE

The undersigned counsel for the parties hereby stipulate that the withdrawal of the above-captioned appeal is continued for an additional forty-five (45) days to permit finalization of settlement herein, such withdrawal to be without prejudice to a reactivation of the appeal by appellant's counsel so notifying the clerk of this court in writing by February 29, 2004. If not thus reactivated, the appeal shall be deemed withdrawn with prejudice.

Withdrawal of the appeal from active consideration shall not operate as a dismissal of the appeal under Fed.R.App.P. 42(b).

DATED: January 7, 2004.

The Law Offices of Robert S. Young, L.C.

CERTIFIED: MAR - 3 2004

By: *[signature]*
Robert S. Young, USB #4174 (ct 21935)
Law Offices of Robert S. Young, L.C.
800 McIntyre Building
68 South Main Street
Salt Lake City, UT 84101
Telephone: (801) 531-8300
Attorneys for Plaintiffs Auer & Helog

DATED: January 8, 2004.

Wiggin & Dana

By: *[signature]*
Jeffrey R. Babbin, Esq. (ct 10859)
Wiggin & Dana
1 Century Tower
P.O. Box 1832
New Haven, CT 06508
Telephone: (203) 498-4400
Attorneys for Defendant Kaman

DATED: January 9, 2004.

Delaney, Zemetis, Donahue,
 Durham & Noonan, P.C.

By: *[signature]*
Patrick M. Noonan, Esq. (ct 00189)
Delaney, Zemetis, Donahue,
 Durham & Noonan, P.C.
741 Boston Post Road
Guilford, CT 06437, Esq.
Telephone: (203) 458-9168
Attorneys for Defendant Honeywell

DATED: January 8, 2004.

Stanger & Arnold LLP

By: *[signature]*
Steve Arnold, Esq. (ct 07966)
Stanger & Arnold LLP
29 South Main Street, Suite 325
West Hartford, CT 06107
Telephone: (860) 561-0650
Attorneys for Defendant Chandler-Evans

SO ORDERED TO THE
EXTENT THAT LEAVE
TO REACTIVATE IS
HEREBY EXTENDED
TO MARCH 22, 2004

FOR THE COURT
Roseann B. MacKechnie, Clerk of Court
By *[signature]* a. Bass
Stanley A. Bass, Staff Counsel

Feb. 26, 2004

A TRUE COPY
Roseann B. MacKechnie, CLERK
by *[signature]*
DEPUTY CLERK